IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01057-BNB

HORACE R. BUTLER,

    Plaintiff,

v.

CITY OF ARVADA, COLORADO,

    Defendant.

ORDER OF DISMISSAL

    Plaintiff, Horace R. Butler, initiated this action by filing *pro se* a Complaint. On April 26, 2012, Magistrate Judge Boyd N. Boland entered an order directing Mr. Butler to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Butler was warned that the complaint and the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    On May 4, 2012, Mr. Butler filed a letter to the Court. Among other things, Mr. Butler describes in the letter a conversation he had with the city attorney for the City of Arvada, states that the City of Arvada has no defense and will settle out of court if they are wise, and describes an incident with City of Arvada police officers that occurred on April 26, 2012. Attached to the letter are various documents, including copies of a municipal summons dated March 31, 2012; various municipal noise ordinances; City of Arvada police reports relevant to the March 31 municipal summons and another incident

on April 3, 2012; and a statement by Mr. Butler regarding the incident occurring on March 31, 2012.  Mr. Butler has not filed an amended complaint as directed, and the letter to the Court filed on May 4 does not include a short and plain statement of the claims he is asserting in this action.  Therefore, Mr. Butler has failed to comply with Magistrate Judge Boland's order directing him to file an amended complaint, and the action will be dismissed for that reason.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed to file an amended complaint as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  5th  day of     June    , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court